UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
KENNETH  LEWIS                                         ORDER
                                                       CV-04-5635 DRH

        -against-
CITY OF NEW YORK, ROBERT S.
LEAHY, METROPOLITAN TRANSIT
AUTHORITY POLICE OFFICERS,
JOHN DOES 1- 20
-----------------------------------------------------X


        IT IS HEREBY ORDERED that the parties appear on   **FRIDAY,
MAY 15, 2009 AT 2:30 AM** before Hon. Denis R. Hurley  in Courtroom 930 of  the Federal
Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a Final Pre-trial/ Settlement
conference.   All counsel shall have full authority to settle the case or have their principals available
by telephone.

        Counsel shall submit a letter, not more than three pages in length, stating their
settlement positions. The letters should be sent to Chambers or faxed to (631) 712-5651 and
received by Tuesday, May 12, 2009.  DO NOT  file these letters on ECF**.**

        Any request for adjournment must be made in writing at least three business days
prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties
and upon good cause shown.

        SO ORDERED.

Dated: Central Islip, New York
        April 20, 2009

                                            /S/
                                       Denis R. Hurley
                                       United States District Judge